IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID TERRENCE STEPHENS,

    Plaintiff,

v.                              Case No. 4:17cv99-MW/CAS

WARDEN JOHNSON,

    Defendant.

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** pursuant to U.S.C. § 1915(g) as Plaintiff has more than "three strikes" under § 1915(g) and has not filed a complaint demonstrating that he is in imminent danger of serious physical injury. The Clerk shall note on the docket this case is

1

dismissed pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

**SO ORDERED on March 29, 2017.**

                                      **s/Mark E. Walker              **
                                      **United States District Judge**